JS 44 (Rev. 10/06)

# CIVIL COVER SHEET

NO. 5:20-cv-00288

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September, 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet: (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Debra L. Stoddard

**(b)** County of Residence of First Listed Plaintiff: <u>Bexar County, Texas</u>
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorneys (Firm Name, Address, And Telephone Number)

Gregory T. Van Cleave
The Law Office of Albert W. Van Cleave, III PLLC
1520 W. Hildebrand
San Antonio, Texas 78201
Telephone: (210) 341-6588

## DEFENDANTS
Wells Fargo Bank, N.A.

County of Residence of First Listed Defendant: <u>Minnehaha County, South Dakota</u>

Attorneys (If Known)

B. David L. Foster
Joel Thomason
Locke Lord LLP
600 Congress Avenue, Suite 2200
Austin, TX 78701-4042
Telephone: (512) 305-4700

Robert T. Mowrey
Locke Lord LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Telephone: (214) 740-8000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One For Plaintiff and One Box for Defendant)
(for Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | **PERSONAL INJURY** | **PERSONAL INJURY** | | | |
| ☐110 Insurance | ☐310 Airplane | ☐362 Personal Injury-- Med Malpractice | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reappointment |
| ☐120 Marine | ☐315 Airplane Product Liability | ☐365 Personal Injury-- Product Liability | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐320 Assault Libel & Slander | ☐368 Asbestos Personal Injury Product Liability | ☐625 Drug Related Seizure of Property 21 U.S.C. 881 | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐330 Federal Employers' Liability | | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☐450 Commerce |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐340 Marine | **PERSONAL PROPERTY** | ☐640 R R & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | ☐345 Marine Product Liability | ☐370 Other Fraud | ☐650 Airline Regs | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐350 Motor Vehicle | ☐371 Truth in Lending | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐480 Consumer Credit |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐355 Motor Vehicle Product Liability | ☐380 Other Personal Property Damage | ☐690 Other | | ☐490 Cable/Sat TV |
| ☐160 Stockholders' Suits | ☐360 Other Personal Injury | ☐385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐810 Selective Service |
| ☐190 Other Contracts | | | ☐710 Fair Labor Standards Act | ☐861 HIA (1395 ff) | ☐850 Securities/Commodities/ Exchange |
| ☐195 Contract Product Liability | | | ☐720 Labor/Mgmt. Relations | ☐862 Black Lung (923) | ☐875 Customer Challenge 12 USC 3410 |
| ☐196 Franchise | | | ☐730 Labor/Mgmt. Reporting & Disclosure Act | ☐863 DIWC/DIWW (405(g)) | ☐890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐864 SSID Title XVI | ☐891 Agricultural Acts |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motions to Vacate Sentence | ☐740 Railway Labor Act | ☐865 RSI (405(g)) | ☐892 Economic Stabilization Act |
| ☐220 Foreclosure | ☐442 Employment | **Habeas Corpus** | ☐790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐893 Environmental Matters |
| ☐230 Rent Lease & Ejectment | ☐443 Housing/ Accommodations | ☐530 General | ☐791 Empl. Ret. Inc. Security Act | ☐870 Taxes (U.S. Plaintiff or Defendant) | ☐894 Energy Allocation Act |
| ☐240 Torts to Land | ☐444 Welfare | ☐535 Death Penalty | | ☐871 IRS--Third Party 26 U.S.C. 7609 | ☐895 Freedom of Information Act |
| ☐245 Tort Product Liability | ☐445 Amer. w/Disabilities – Employment | ☐540 Mandamus & Other | | | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☒290 All Other Real Property | ☐446 Amer. w/Disabilities - Other | ☐550 Civil Rights | | | ☐950 Constitutionality of State Statutes |
| | ☐440 Other Civil Rights | ☐555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 U.S.C. §§ 1332, 1441(a) (Removal of case with diversity jurisdiction)
Brief description of cause:
Claims for injunctive relief related to real property

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P 23
DEMAND $
CHECK YES only if demanded in complaint
**JURY DEMAND**: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions) JUDGE _____ DOCKET NUMBER _____

DATE
March 10, 2020

SIGNATURE OF ATTORNEY OF RECORD
/s/ Joel Thomason

**FOR OFFICE USE ONLY**

Receipt # _____ Amount _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.**   **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   (b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   (c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States, are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit**. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**   **Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a) Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.**   **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity** Example: U.S. Civil statute: 47 USC 553; Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases**. This section of the JS-44 is used to reference related cases that are related to this filing if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is "related" to this filing if the case: (1) involves some or all of the same parties and is based on the same or similar claim; (2) involves the same property, transaction, or event; (3) involves substantially similar issues of law and fact; and/or (4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature**. Date and sign the civil cover sheet.